IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>GUADALUPE ELIZONDO-GONZALEZ,<br><br>Defendant. | Case No. 3:25-cr-28<br><br>**MOTION TO QUASH WRIT OF HABEAS CORPUS AD PROSEQUENDUM** |

The United States of America moves to quash the writ of habeas corpus ad prosequendum in the above-captioned case. Doc. 26. Defendant is currently in ICE custody after being granted pretrial release by the Court. Doc. 21. Trial was originally set for April 22, 2025, which is why the United States sought the writ. Doc. 19. It was recently continued to September 23, 2025. Doc. 18. Therefore, the writ is no longer necessary and will be requested closer to trial to accommodate Defendant's transport from the ICE facility to the District of North Dakota.

Dated: April 2, 2025

JENNIFER KLEMETSRUD PUHL
Acting United States Attorney

By:   */s/ Alexander J. Stock*
ALEXANDER J. STOCK
Assistant United States Attorney
ND Bar ID 07979
655 First Avenue North, Suite 250
Fargo, ND  58102-4932
(701) 297-7400
alexander.stock@usdoj.gov
Attorney for United States